

SHAWN N. ANDERSON
United States Attorney
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOURDES FERNANDEZ BLAS,<br><br>Defendant. | CRIMINAL CASE NO. 19-00016<br><br>**INFORMATION**<br><br>**UNAUTHORIZED ACCESS OF A PROTECTED COMPUTER IN FURTHERANCE OF FRAUD**<br>[18 U.S.C. §§ 1030(a)(4) and 1030(c)(3)(A)] |

THE UNITED STATES ATTORNEY CHARGES:

### UNAUTHORIZED ACCESS OF A PROTECTED COMPUTER IN FUTHERANCE OF FRAUD

Beginning on or about January 2014, and continuing until on or about November 2015, in the District of Guam, the defendant, LOURDES FERNANDEZ BLAS, did knowingly and with intent to defraud access protected computers, to wit, the computer database of the Guam Department of Revenue and Taxation, Motor Vehicle Division used in and affecting interstate and foreign commerce and communication, without authorization, and exceeded authorized access, and by means of such conduct furthered the intended fraud and obtained things of value,

INFORMATION - 1

namely money and the creation of at least 320 fraudulent Guam driver's licenses, in violation of Title 18, United States Code, Sections 1030(a)(4) and 1030(c)(3)(A).

DATED this 9TH day of APRIL, 2019.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: /s/ Stephen F. Leon Guerrero
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney

INFORMATION - 2